# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIELIS SANTANA-RIVAS, | : | Civil No. 3:25-CV-01896 |
| Petitioner, | : | |
| v. | : | |
| WARDEN OF CLINTON COUNTY CORRECTIONAL FACILITY, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of December, 2025, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 15, is **ADOPTED IN PART**. Specifically, the court adopts every section of the report and recommendation except Section III(B)(4) regarding fees and costs.

2) Respondents' objections, Doc. 20, are **OVERRULED**.

3) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

4) Respondents shall treat Petitioner as being detained under 28 U.S.C. § 1226(a) and continue to do so pending a final decision as to whether Petitioner is to be removed from the United States.[1]

5) Respondents shall immediately release Petitioner on bond in accordance with the order issued by the Immigration Judge on July 8, 2025.

6) Respondents shall not rearrest or detain Petitioner under 28 U.S.C. § 1225(b)(2)(A).

---

[1] This aspect of the court's order is phrased slightly differently than in the report and recommendation for purposes of clarity.

7) Petitioner may re-file a request for fees and costs under the Equal Access to Justice Act with the appropriate court at the conclusion of Petitioner's immigration proceedings.

8) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania